UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE GIBSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | NO. EDCV 08-461-CT<br><br>JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: Aug. 3, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CAROLYN TURCHIN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

22